IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **08-cr-481-JLK**

**UNITED STATES OF AMERICA**,

       Plaintiff,

v.

**ETHAN RUBIN,**

       Defendant.

---

**MINUTE ORDER
SETTING TRIAL DATE AND OTHER DEADLINES**

Judge John L. Kane **ORDERS**

All pretrial motions in this matter are due on or before **January 6, 2009;** responses to these motions are due **January 21, 2009**. It is

FURTHER ORDERED that a one-hour hearing on all pending non-evidentiary motions, if any, and **Final Trial Preparation Conference** is set for **January 30, 2009, at 10:00 a.m.** If counsel believe evidentiary motions are necessary, a separate hearing date should be requested. It is

FURTHER ORDERED that a **3-day jury trial** is set for **February 9, 2009 at 9:00 a.m.** in Courtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street.

---

Dated: December 9, 2008