IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 08-cr-00481-JLK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

Ethan Rubin,

    Defendant.

---

## ORDER EXONERATING BOND

---

This criminal action has proceeded to Detention and Preliminary Hearing on Pretrial Release Violation, and the defendant's bond has been revoked. As a result, all the conditions of an appearance bond imposed by the court as a pretrial matter are no longer applicable. Accordingly, it is

**ORDERED** that the bond in this case is hereby exonerated and the surety or sureties, if applicable, are released. It is further

**ORDERED** that the bail funds or property deposited into the registry of the court shall hereby be released by the clerk of the court, or a designated deputy, to the surety or the defendant.

DATED at Denver, Colorado, this 23rd day of April, 2009.

BY THE COURT:

By: *s/John L. Kane*
    UNITED STATES DISTRICT JUDGE
    DISTRICT OF COLORADO